**People of the State of Illinois, Plaintiff-Appellee, v. Daniel Davis, Defendant-Appellant.**

**Gen. No. 51,985. (Abstract of Decision.)**

First District, Second Division.

October 28, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James R. Thompson, Professor, Northwestern University School of Law, James J. Doherty and Marshall J. Hartman, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's

Attorney of Cook County, of Chicago (Elmer C. Kissane and John R. McClory, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**